UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET LYONS and WILLIAM LYONS,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 24-3040 (JEB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [7], [15], [21], [25], [28], [54], [56], [59], [66], and [72] Motions to Dismiss are GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　United States District Judge

Date: January 10, 2025